June Steele and R. G. Steele, Plaintiffs-Appellants, v. Max Bennett, Defendant-Appellee.

Gen. No. 64–17.

Fifth District.

June 26, 1964.

Leonard J. Dunn, of West Frankfort, for appellants; Franklin, Garrison & Bleyer, of Marion (James B. Bleyer, of counsel), for defendant. Opinion by JUDGE REYNOLDS. Not to be published in full.